UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID RAYVON TAYLOR,<br><br>      Petitioner,<br><br>  v.<br><br>W.J. SULLIVAN, Warden,<br><br>      Respondent. | Case No. CV 08-892-CJC(AJW)<br><br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: January 20, 2009

_____
Cormac J. Carney
United States District Judge